```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                           CASE NO. 04 B 46343
      JOHNNY JACKSON
      TAMMY JACKSON                                 CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA
            Debtor
      SSN XXX-XX-5601      SSN XXX-XX-6576

   ------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

        1.  The case was filed on 12/16/04 and confirmed on 02/15/05.

        2.  The plan is paid in full.

        3.  The Debtor paid a total of $   40374.32 .

        4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 26642.36 | .00 | 26642.36 |
| FORD MOTOR CREDIT CO | SECURED | 5301.35 | 761.36 | 5301.35 |
| ROUNDUP FUNDING LLC | UNSECURED | 1873.05 | .00 | 1873.05 |
| SELECT FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | FILED LATE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CALVARY INVESTMENTS | UNSECURED | 1573.27 | .00 | 1573.27 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31943.71 | .00 | 3446.32 | .00 | 35390.03 |
| PRINCIPAL PAID | 31943.71 | .00 | 3446.32 | .00 | 35390.03 |
| INTEREST PAID | 761.36 | .00 | .00 | .00 | 761.36 |
| TOTAL PAID | 32705.07 | .00 | 3446.32 | .00 | 36151.39 |

```
   The Debtor's attorney, COSTELLO & COSTELLO             , was allowed $   3577.50
   and was paid $   1006.00  direct and $   2571.50  through the plan.

   The Trustee received $   1651.43 .

   Refunds to the Debtor totaled $        .00 .

        Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.



      Dated: 11/16/07                    /S/
                                    GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 04 B 46343 JOHNNY JACKSON & TAMMY JACKSON